MEMORANDUM IN SUPPORT

Petition under 28 USCS 2254 for Writ of
Habeas Corpus by a Person in State custody
in lieu of form A0241.

1- United States District Court (Northern District, Ohio)
2. ULONDA EVETTE DEGAHSON (Name)
3- Place of Confinement: Dayton Correctional Institution
4- Prisoner No. W-107477
5- Prisoner: Ulonda Degahson
6. Respondent: Warden, Dayton Correctional Institution

PETITION

7- Name and location of court that entered the
Judgment of conviction being challenged:
Springfield County Court of Common Pleas
Address: 101 N. Limestone St
City: Springfield     Ohio, ZIP: 45502

8- Criminal docket/Case Number:   2019-CR-558

9. Date of Conviction: JUNE/    / 2021

10. Date of Sentencing: JUNE /    / 2021

11- Length of Sentence:  18 years to life

12- Convicted of more than one count? YES

13- Identify all crimes:
   — Felony murder
   — Felonious assault w/ firearm specification

14- What was your plea? (1) NOT GUILTY          ②

15- TYPE OF TRIAL : JURY

16- Did you testify at pre/post trial hearing? YES

17- Did you appeal from the judgment ? YES

18- Name of Appellate Court :
(a) Second Appellate District of Ohio
(b) Case Number : 2021-CA-35
(c) Result : Affirmed
(d) Date of Result : AUG / 26 / 2022
(e) Citation : State v. Degahson, 2022-Ohio-2972

(f) Grounds: - INSUFFICIENCY OF EVIDENCE
                  - DUE PROCESS

(g) Did you seek further review by a higher court? YES
(1) Supreme Court of Ohio
(2) Case Number : 2022-1257
(3) Result : Affirmed
(4) Date of Result : DEC / 24 / 2024
(5) Citation: State v. Degahson, 178 Ohio St. 3d 97

(6) Grounds Raised : Same as direct appeal

(h) Certiorari to the United States Supreme Court? No.

18- Other than direct appeal, other petitions filed? No.

(3)

19. GROUND ONE: Insufficiency / M.W.E
pursuant to Jackson v. Virginia, 443 U.S. 307
at 318 n.11 and Tibbs v. Fla., 457 U.S. 31 at 45;
and Curley v. United States, 160 F. 2d 229 at 232-233.

20. GROUND TWO: DUE PROCESS (Fifth and Fourteenth Amendments)
Facts: Failure to give Jury Instructions on
self-defense (duty-to-retreat)

21. Name/address of attorney
(a) Preliminary hearing:

(b) Arraignment/plea:

(c) Trial/sentencing:

(e) Direct Appeal:

22. No other future sentence to serve after

23. This petition is timely.

(4)

24. therefore, petitioner asks that the Court grant the following relief:

That Petitioner's conviction be vacated and be set free, or a new trial be granted, or any other relief to which petitioner may be entitled.

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison ~~mailbe~~ mailing system on DEC / 17 / 2025.

Signature: X _____ Date: DEC / 17 / 2025
Ulonda Evette Degahson
(W- 1 0 7 4 7 7 )
Dayton Correctional Institution
4104 Germantown Pike
Dayton, Ohio 45417

(5)