IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ULONDA EVETTE DEGAHSON,

Petitioner,

Case No. 3:26-cv-125

v.

SHANNON OLDS, WARDEN,
DAYTON CORRECTIONAL INSTITUTION,
INSTITUTION,

District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

Respondent.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 16); (2) DISMISSING WITH PREJUDICE PETITIONER'S HABEAS CORPUS PETITION; (3) DENYING ANY REQUESTED CERTIFICATE OF APPEALABILITY; (4) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH AND THAT PLAINTIFF SHOULD BE DENIED *IN FORMA PAUPERIS* STATUS ON APPEAL; AND (5) TERMINATING THIS CASE ON THE DOCKET**

---

Petitioner is an inmate in state custody. Doc. No. 1. She brings this case *pro se* seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *Id*. The case is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Merz (Doc. No. 16), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Merz recommends that this Court dismiss with prejudice Petitioner's habeas corpus petition (Doc. No. 1). Doc. No. 16 at PageID 935–36. Petitioner did not file objections to the R&R, and the time for doing so under Fed. R. Civ. P. 72(b) has passed.

The Court has reviewed the comprehensive findings of Judge Merz and considered all filings in this matter. Liberally construing Petitioner's *pro se* filings in her favor, *see Estelle v. Gamble*, 429 U.S. 97, 106 (1976), the Court concludes that the R&R is well-reasoned, cogently written, and not "clearly erroneous or … contrary to law." 28 U.S.C. § 636(b)(1)(A).

Accordingly, the Court hereby **ADOPTS** the R&R in its entirety and **DISMISSES WITH PREJUDICE** Petitioner's habeas corpus petition. Doc. No. 16. Petitioner is **DENIED** any requested certificate of appealability, and the Court **CERTIFIES** to the United States Court of Appeals for the Sixth Circuit that an appeal of this Order would not be taken in good faith and, therefore, Petitioner should not be permitted to proceed *in forma pauperis* on appeal. This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

October 16, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge